U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

OCT 29 2013

TONY R. _____, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ELDRIDGE MORRISON | CIVIL ACTION NO: 13-2429 (P) |
| VERSUS | JUDGE DONALD E. WALTER |
| WARDEN SMITH, ET AL. | MAGISTRATE JUDGE HAYES |

## AMENDED JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana on this 29 day of October, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE